UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-CR-00437-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  GERARDO NUNEZ-VILLAREAL

    Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing will be held on **Tuesday, January 26, 2010, at 2:00 p.m.**

    Dated:  December 29, 2009